

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-                                                                                   23-CR-06175-EAW-MWP

BRYAN PATRICK LANTRY
SEFA DURURVURUR

       Defendants.

---

## ORDER OF DISMISSAL

The defendant Bryan Patrick Lantry was charged on August 13, 2024, in the Second Superseding Indictment filed under case number 24-CR-06045. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the Indictment filed under case number 23-CR-06175 against the defendant Bryan Patrick Lantry, without prejudice.

DATED: Rochester, New York, August 19, 2024

                                      TRINI E. ROSS
                                      United States Attorney

                                        RICHARD A. RESNICK
                                        ssistant United States Attorney
                                        100 State Street, Suite 500
                                        Rochester, New York 14614
                                        (585) 399-3941
                                        Richard.Resnick@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

                                        ELIZABETH A. WOLFORD
                                        Chief Judge, United States District Court

DATED: August 19, 2024